UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICKY LANE (#112874)
A/K/A RICKY LANG

VERSUS

STEVE RADER

CIVIL ACTION

NO. 09-0054-JJB-DLD

## RULING

The court has carefully considered defendant's motion to vacate, the government's opposition thereto, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated October 30, 2009 (doc. no. 16). The petitioner has filed an objection to the Report, which essentially makes the same arguments.

The court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 7th day of December, 2009.

JAMES J. BRADY
DISTRICT JUDGE